UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES B. THORNBERRY,

    Plaintiff,

v.                            CASE NO: 8:11-cv-1955-T-26AEP

PALISADES COLLECTION, LLC, *et al.*,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion Under FRCP 60(b)(6) Relief From Order (Dkt. 4) is denied.  Plaintiff has failed to demonstrate in his latest submission, by failing to file an affidavit of indigency, that he does not have the financial resources to pay the Clerk's filing fee.

**DONE AND ORDERED** at Tampa, Florida, on September 7, 2011.

                                    s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*